ACCEPTED
03-17-00839-CR
21633872
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/5/2018 12:03 PM
JEFFREY D. KYLE
CLERK

## CAUSE NO. D-1-DC-16-300124

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | 299th JUDICIAL DISTRICT |
| | § | |
| JONCASEY WILLIAM ROWELL | § | TRAVIS COUNTY, TEXAS |

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/5/2018 12:03:22 PM
JEFFREY D. KYLE
Clerk

### MOTION FOR REPORTER'S RECORD AT NO COST TO DEFENDANT

Comes Now, Joncasey William Rowell, Defendant in the above entitled and numbered cause, and requests the Court to allow Defendant to obtain a reporter's record of the complete trial in this cause, and in support of this motion would show the Court as follows:

I.

Defendant is indigent and unable to pay for a reporter's record of the trial in this cause on his own. Defendant previously signed an affidavit of indigency in this cause. The undersigned attorney has been appointed to represent him because he is indigent.

II.

The complete trial record held in this cause is material for the appeal in this cause.

Wherefore, Premises Considered, Defendant requests that he be allowed to obtain a written reporter's record of the complete record in this cause, including his guilty pleas and sentencing hearing and that the cost of obtaining the reporter's record be charged to the General Fund of Travis County, Texas.

Respectfully submitted,

DAL RUGGLES
Attorney at Law
1103 Nueces
Austin, Texas 78701
Phone: (512) 477-7991
Facsimile: (512) 477-3580
SBN: 24041834

## CERTIFICATE OF SERVICE

I, Dal Ruggles, certify that a true and correct copy of the foregoing was delivered via e-file to the office of the Travis County District Attorney on this the ____5____ day of January, 2018.

_____

DAL RUGGLES